UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re

MAX NY UNION SQUARE LLC,

                          Debtor.

-----------------------------------------------------------x

:   Case No. 26-10275-MG
:
:   (Chapter 11)
:
:
:
:

## **ORDER GRANTING MOTION**

Upon the motion (the "UST Motion") [ECF No. --] of William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), for the entry of an order dismissing this Chapter 11 case; and for such other and further relief as this Court may deem just and proper of the above-captioned debtor and debtor in possession, MAX NY UNION SQUARE LLC (the "Debtor"); and the Court having held a hearing (the "Hearing"); and upon the record of the Hearing; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED, that the UST Motion is granted as set forth herein;

ORDERED, that Debtor's case commenced under Chapter 11 of the Bankruptcy Code be and hereby is dismissed pursuant to 11 U.S.C. § 1112(b);

ORDERED that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and 31 U.S.C. § 3717 within ten days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.

Dated: New York, New York
       June     , 2026

                          THE HONORABLE MARTIN GLENN
                          CHIEF UNITED STATES BANKRUPTCY JUDGE