UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MAX NY UNION SQUARE,<br><br>Debtor. | Case No. 26-10275-MG<br><br>(Chapter 11) |

**ORDER GRANTING MOTION TO DISMISS THIS CHAPTER 11 CASE**

Upon the motion (the "UST Motion") [ECF No. 25] of William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), for the entry of an order dismissing this Chapter 11 case; and for such other and further relief as this Court may deem just and proper of the above-captioned debtor and debtor in possession, Max NY Union Square (the "Debtor"); and the Court having held a hearing on July 13, 2026 (the "Hearing"); and upon the record of the Hearing; all objections formal or informal having been overruled; and after due deliberation and sufficient cause appearing; and the Court having found that due and appropriate notice was provided of the UST Motion and the Hearing, therefore, it is

ORDERED, that the UST Motion is granted as set forth herein; and it is further

ORDERED that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and 31 U.S.C. § 3717 within ten days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period; and is further

ORDERED that this Court shall retain jurisdiction over all matters arising out of, or related to, the Chapter 11 case, including, but not limited to, enforcement of this Order.

**IT IS SO ORDERED.**

Dated: August 31, 2026
New York, New York

**/s/ Martin Glenn**
MARTIN GLENN
United States Bankruptcy Judge