**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

| | |
|---|---|
| IN RE: Max NY Union Square LLC<br>aka Max Brenner Chocolate Factory | CASE NO.: 26−10275−pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>33−2418374 | CHAPTER: 11 |

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Philip Bentley in this Chapter 11 case.

Max NY Union Square LLC was dismissed from the case on August 31, 2026 .

Dated: August 31, 2026

Vito Genna
Clerk of the Court