# Notice Recipients

District/Off: 0208−1    User: admin    Date Created: 8/31/2026
Case: 26−10275−pb    Form ID: 131    Total: 37

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr    841−853 Fee Owner LLC

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
aty    Clement K Yee    cyee@leechtishman.com
aty    Mitchell Segal    msegal@segallegal.com
aty    Shara Claire Cornell    shara.cornell@usdoj.gov

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Max NY Union Square LLC    841 Broadway    New York, NY 10003
smg    New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300
smg    United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
smg    Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346
smg    N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551
8686639    841−853 Fee Owner LLC    c/o Leech Tishman Robinson Brog, PLLC    885 Second Avenue, 3rd Fl.    New York, New York 10017    Attn: Clement Yee
8668709    841−853 Fee Owner, LLC    7 Penn Plaza    New York, NY 10001
8668710    Big Blue Corporation    223 Greenpoint Avenue    Brooklyn, NY 11222
8672567    CONSOLIDATED EDISON COMPANY OF NEW YORK INC    BANKRUPTCY EAG GROUP    4 IRVING PLACE 9TH FLOOR    NEW YORK, NY 10003
8668711    Cintas Corporation    P.O. Box 630803    Cincinnati, OH 45263−0803
8668712    Con Edison    JAF Station, P.O. Box 1702    New York, NY 10116−1702
8668713    Constellation Electric    119 Morton St    New York, NY 10014
8668714    Ecolab    P.O. Box 32027    New York, NY 10087
8668715    Ekotechs Inc.    146 West 29th Street, Suite 5W    New York, NY 10001
9447430    Hartford Fire Insurance Company    Bankruptcy Unit, HO2−R, Home Office    Hartford, CT 06155
8668716    Hartford Insurance    One Hartford Plaza    Hartford, CT 06155
8672386    INTERNAL REVENUE SERVICE    P.O. BOX 7346    PHILADELPHIA, PA 19101−7346
8672988    LEECH TISHMAN ROBINSON BROG, PLLC    One Dag Hammarskjld Plaza    885 Second Avenue, 3rd Floor    New York, New York 10017    Attn: Clement Yee, Esq.
8686637    Leech Tishman Robinson Brog    885 Second Avenue, 3rd Floor    New York, New York 10017    Attn: Clement Yee
8686638    Leech Tishman Robinson Brog    885 Second Avenue, 3rd Floor    New York, New York 10017    Attn: Clement Yee
8668717    M. Tucker A Division of Singer NY LLC    150 South Twin Valley Road    Elverson, PA 19520
8668718    McKinney Welding Supply Co. Inc.    1145 Bronx River Avenue    Bronx, NY 10472
8669604    New York State Department of Taxation & Finance    Bankruptcy Section    P O Box 5300    Albany New York 12205−0300
8668719    Park Street Imports    1000 Brickell, Suite 215    Miami, FL 33131
8668720    Pro−Tek Service of NY LLC    245 Newtown Road, Suite 101    Plainview, NY 11803
8668721    Regional Waste Management Services, Inc.    169 Commack Road, H−368    Commack, NY 11802
8668722    Southern Wine & Spirits of New York, Inc    P.O. Box 3143    Hicksville, NY 11802
8668723    Sysco    20 Theodore Conrad Dr.    Jersey City, NV 07305
8668724    Tower Water    5 Shirley Avenue    Somerset, NJ 08873
8673376    ULINE    12575 ULINE DR.    PLEASANT PRAIRIE, WI 53158
8668725    ULINE, Inc    P.O. Box 88741    Chicago, IL 60680
8668726    Verizon    P.O. Box 15124    Albany, NV 12212

TOTAL: 32